NEW YORK CENT. & H. R. R. CO., Appellant, v. PEOPLE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by the New York Central & Hudson River Railroad Company, against the People of the State of New York and others.
PER CURIAM. Order affirmed, with costs. Without passing upon the other questions, we think, Laws 1913, c. 66, was effectual to prevent plaintiff from taking the lands under water by condemnation, even if prior to the passage of the

act it had such right. See, also, 151 N. Y. Supp. 1133.